ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2762
Facsimile:   (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAIN, et al.

                         Plaintiff,

            v.

JOSEPH B. EDLOW *in his official capacity as Director of U.S. Citizenship and Immigration Services,* et al.

                         Defendants.

CASE NO.   2:26-CV-0796 DJC CSK

JOINT STIPULATION AND ORDER FOR EXTENSION OF INITIAL CASE MANAGEMENT DATES

STIPULATION AND ORDER
FOR EXTENSION OF RESPONSE DEADLINE AND
INITIAL CASE MANAGEMENT ORDER DATES                                         1

On April 15, 2026 Plaintiffs filed a Motion for Preliminary Injunction ("Mtn PI").  ECF No. 12. On April 29th Defendants filed their opposition. ECF No. 14.  Given the pendency of this motion, the parties respectfully ask the Court to extend the date for the parties' filing of a Joint Status Report as ordered by the Court's Initial Case Management Order (ECF No. 9) to at least thirty days after the Court's ruling on the pending Mtn PI.

DATED May 4, 2026                                        Respectfully submitted,

                                                         ERIC GRANT
                                                         United States Attorney

                                             By:     /s/ Catherine J. Swann
                                                     CATHERINE J. SWANN
                                                     Assistant United States Attorney
                                                     Counsel for the United States

                                             By:     /s/ Jessica Arena (as authorized on May 4, 2026)
                                                     JESSICA ARENA
                                                     Counsel for Plaintiffs

ORDER

IT IS SO ORDERED.

Dated:  May 4, 2026                          /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
FOR EXTENSION OF RESPONSE DEADLINE AND
INITIAL CASE MANAGEMENT ORDER DATES                                          2